IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEURAH CROUCH, formerly known as Teurah Malone, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. |
| REGIONAL ACCEPTANCE CORPORATION, | ) ) ) ) | 3:25-CV-2162-G-BN |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 12, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**